UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEXTER McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:09-CV-420 |
| | ) |
| DEBORAH HAYES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the captioned case is sufficiently related to the previously filed cases of McMillan v. Miller, No. 3:09-CV-215 (Varlan/Shirley) and McMillan v. Miller, Civil Action No. 3:09-CV-312 (Varlan/Shirley). The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties, and are, therefore, related. Accordingly, the captioned case should be assigned to District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge